1  **Counsel listed on signature page.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABAXIS, INC.,<br><br>    Plaintiff-Counterdefendant,<br><br>    v.<br><br>CEPHEID,<br><br>    Defendant-Counterclaimant. | Case No. C 10-2840 LHK<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING (1) CEPHEID'S TIME TO FILE ITS ANSWER AND AMENDED COUNTERCLAIMS TO AMENDED COMPLAINT, AND (2) ABAXIS' TIME TO FILE ITS RESPONSE TO COUNTERCLAIMS** |

Defendant-Counterclaimant Cepheid ("Cepheid") and Plaintiff-Counterdefendant Abaxis, Inc.'s ("Abaxis") submit the following stipulation and proposed order extending Cepheid's time to file and serve its answer and amended counterclaims to Abaxis' Amended Complaint, and extending Abaxis' time to file and serve a response to Cepheid's amended counterclaims:

1. The time for Cepheid's answer and amended counterclaims to Abaxis' Amended Complaint which was filed on November 19, 2010 shall be extended by two weeks from December 3, 2010 to December 17, 2010; and

2. The time for Abaxis to response to Cepheid's amended counterclaims shall be extended by two weeks from December 31, 2010 to January 14, 2011.

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER EXTENDING TIMES            CASE NO. C 10-2840 LHK

1 **IT IS SO STIPULATED.**

2 Dated: December 2, 2010

3 COOLEY LLP                                FENWICK & WEST LLP

5 */s/ Adam M. Pivovar*                     */s/ Ryan Tyz*
Ricardo Rodriguez (Bar No. 173003)         Lynn H. Pasahow (Bar No. 54283)
Adam M. Pivovar (Bar No. 246507)           Carolyn Chang (Bar No. 217933)
6 Attorneys for Plaintiff and Counterdefendant   Ryan Tyz
ABAXIS INC.                                Attorneys for Defendant and Counterclaimant
                                           CEPHEID

9 **ORDER**

10 Pursuant to the stipulation of the parties and good cause appearing therefore;

11 **PURSUANT TO STIPULATION IT IS SO ORDERED**.

13 Dated: December 3, 2010

*Lucy H. Koh*
Lucy H. Koh
United States District Judge