UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABAXIS, INC.,<br><br>　　　　　Plaintiff-Counterdefendant,<br><br>　v.<br><br>CEPHEID,<br><br>　　　　　Defendant-Counterclaimant. | Case No. 5:10-cv-2840 LHK (HRL)<br><br>**STIPULATION AND [**P**ROPOSED] ORDER CONTINUING HEARING AND CASE MANAGEMENT CONFERENCE**<br><br>to March 17, 2011, at 1:30 p.m. |

　　　Pursuant to Civil Local Rules 6-1, 6-2, and 7-12 Plaintiff-Counterdefendant Abaxis Inc. ("Abaxis") and Defendant-Counterclaimant Cepheid ("Cepheid") respectfully submit the following Stipulation and Proposed Order:.

　　　WHEREAS, Abaxis filed its Motion to Dismiss Cepheid's Insufficiently Pled Inequitable Conduct Defense and Counterclaim on January 14, 2011;

　　　WHEREAS, the Court set the hearing date for Abaxis's Motion to Dismiss for March 3, 2011;

　　　WHEREAS, the Court noticed a continuation of the Case Management Conference ("CMC") so as to follow the hearing on Abaxis's Motion to Dismiss (ECF No. 34);

　　　WHEREAS, Plaintiff now has a scheduling conflict for the previously noticed hearing date;

　　　WHEREAS, the Parties have confirmed that both are available on March 10, 2011;

　　　WHEREAS, Cooley has contacted the Court and requested a new hearing date of March 10, 2011;

　　　WHEREAS, continuing the date for the hearing and the CMC will not alter the date of any other event or deadline already fixed by Court order; and

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING AND CMC
CASE NO. 5:10-CV-2840 LHK (HRL)

1  WHEREAS, the previous time modifications in this case include the Stipulation and Order Extending (1) Cepheid's Time to File Its Answer and Amended Counterclaims to Amended Complaint, and (2) Abaxis' Time to File Its Response to Counterclaims (Dkt No. 28) and the Stipulation and Order Modifying Case Schedule (Dkt. No. 31)

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. The hearing on Abaxis's Motion to Dismiss Cepheid's Insufficiently Pled Inequitable Conduct Defense and Counterclaim shall be continued to March 10, 2011 or as soon thereafter as is practicable.

2. The Case Management Conference shall be continued and will follow the hearing on March 10, 2011 or such other date as the Court may order for the hearing.

3. Abaxis will file its reply pursuant to the original briefing schedule with a due date of February 17, 2011.

4. The deadline for the parties to submit an updated joint case management statement, currently scheduled for one week before the Case Management Conference, shall be extended from February 24, 2011, to one week prior to the reset date of the Case Management Conference.

**IT IS SO STIPULATED.**

Dated: February 11, 2011                     Dated: February 11, 2011

COOLEY LLP                                   FISH & RICHARDSON PC

/s/Adam M. Pivovar                           /s/ Steven Carlson
Ricardo Rodriguez (Bar No. 173003)           Steven Carlson (Bar No. 206451)
Adam M. Pivovar (Bar No. 246507)             Limin Zheng (Bar No. 226875)
Attorneys for Plaintiff and Counterdefendant Attorneys for Defendant and Counterclaimant
ABAXIS INC.                                  CEPHEID

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING AND CMC
CASE NO. 5:10-CV-2840 LHK (HRL)

**FILER'S ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Adam M. Pivovar, attest that concurrence in the filing of this Stipulation and [Proposed] Order Continuing Hearing and Case Management Conference has been obtained from each of the other signatories. Executed this 11th day of February, 2011, at Palo Alto, California.

*/s/ Adam M. Pivovar*
Adam M. Pivovar

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING AND CMC
CASE NO. 5:10-CV-2840 LHK (HRL)

1

**[PROPOSED] ORDER**

2   Pursuant to the stipulation of the parties and good cause appearing therefore;

3   **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

4   The motion hearing and case management conference are rescheduled to **March 17, 2011**, at 1:30 p.m.

5   Dated: February 15, 2011

*Lucy H. Koh*
_____
Honorable Lucy H. Koh
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING AND CMC
CASE NO. 5:10-CV-2840 LHK (HRL)