UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| ABAXIS, INC.,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>CEPHEID,<br><br>    Defendant and Counter-Claimant. | Civil Case No. 10-2840 LHK (HRL)<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF BRIAN J. DOYLE FOR ADMISSION *PRO HAC VICE* |

Brian J. Doyle, an active member in good standing of the bar of the state of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant and counter-claimant CEPHEID.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

shall constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: April 11, 2011

_____
The Hon. Lucy H. Koh
United States District Court Judge

50746375.doc