COOLEY LLP
RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
ADAM M. PIVOVAR (No. 246507) (apivovar@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Tel:   (650) 843-5000
Fax:   (650) 857-0663

Attorneys for Plaintiff-Counterdefendant
ABAXIS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABAXIS, INC., <br><br> Plaintiff-Counterdefendant, <br><br> v. <br><br> CEPHEID, <br><br> Defendant-Counterclaimant. | Case No. 5:10-cv-2840 LHK (HRL) <br><br> **[PROPOSED] ORDER RE CLAIM CONSTRUCTION** <br><br> HEARING DATE:  JUNE 21, 2011 <br> TIME:  1:30 P.M. <br> COURTROOM:  4, 5TH FLOOR <br> JUDGE:  HON. LUCY H. KOH |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

937315 v1/HN

1.

**[PROPOSED] ORDER
CASE NO. 5:10-CV-2840 LHK (HRL)**

# [PROPOSED] ORDER

On June 21, 2011, the Court held a hearing on the claim constructions proposed by Plaintiff Abaxis, Inc. and Defendant Cepheid. Upon full consideration of all submitted papers and oral arguments in support of and in opposition to the proposed claim constructions, and for good cause shown, the Court construes the following disputed terms as follows:

| Disputed term | Construction |
| --- | --- |
| "dissolves in less than about 10 seconds in water/an aqueous solution" | No construction necessary |
| "about" | "approximately" |
| "A container holding a dried chemical composition . . . wherein said dried chemical composition comprises a preselected precisely measured aliquot of said dried chemical composition" | No construction necessary |
| "bead" | No construction necessary |

IT IS SO ORDERED.

Dated: _____ 2011    _____
                          HON. LUCY H. KOH
                          United States District Court Judge