RECEIVED

2011 JUN -3 P 3: 46

RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| ABAXIS, INC.,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>CEPHEID,<br><br>    Defendant and Counter-Claimant. | Civil Case No. 10-2840 LHK (HRL)<br><br>[PROPOSED] ORDER GRANTING APPLICATION OF REBECCA L. SHULT FOR ADMISSION *PRO HAC VICE* |

    Rebecca L. Shult, an active member in good standing of the bar of the state of Minnesota, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant and counter-claimant CEPHEID.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

shall constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: June 6, 2011

*Lucy H. Koh*

The Hon. Lucy H. Koh
United States District Court Judge

50784630.doc