UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| ABAXIS, INC., <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> CEPHEID, <br><br> Defendant and Counter-Claimant. | Civil Case No. 10-2840 LHK (HRL) <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINES FOR MEDIATION AND JOINT CASE MANAGEMENT STATEMENT** |

WHEREAS the Court previously referred the parties to private mediation and ordered the mediation be completed by August 15, 2011 (Dkt No. 44);

WHEREAS the Court also set August 31, 2011 as the date for the next Case Management Conference (*id.*), and the parties' Joint Case Management Statement in advance of the Case Management Conference is due August 24, 2011 pursuant to Civ. L.R. 16-10(d);

WHEREAS to coordinate the schedules of the parties and the mediator, the parties have identified August 25, 2011 as the best date for the mediation, and have reserved the date with the mediator;

NOW THEREFORE, pursuant to Civil Local Rules 6-1 and 6-2, the parties respectfully submit the following stipulation and proposed order extending the deadlines for the events set forth below concerning the private mediation and submission of the Joint Case Management Statement:

1. The time for completion of the private mediation shall be extended from August 15, 2011 to August 25, 2011.

2. The time for submission of a Joint Case Management Statement in advance of the

1  Case Management Conference set for August 31, 2011 shall be extended from August 24, 2011 to
2  August 26, 2011.
3      All other dates shall be unaffected.

5  **IT IS SO STIPULATED.**

7  Dated: June 8, 2011                                          Dated: June 8, 2011

8  COOLEY LLP                                                   FISH & RICHARDSON PC

9  */s/ Adam M. Pivovar*                                        */s/ Limin Zheng*
   Ricardo Rodriguez (Bar No. 173003)                           Steven Carlson (Bar No. 206451)
10 Adam M. Pivovar (Bar No. 246507)                             Limin Zheng (Bar No. 226875)
   Attorneys for Plaintiff and Counterdefendant                 Attorneys for Defendant and Counterclaimant
11 ABAXIS INC.                                                  CEPHEID

14                              **[~~PROPOSED~~] ORDER**

15 Pursuant to the stipulation of the parties and good cause appearing,

16 **IT IS SO ORDERED**.

18 Dated: _____June 9_____, 2011            _Lucy H. Koh_____
                                              Lucy H. Koh
19                                            United States District Judge

1  Pursuant to the Northern District of California Electronic Filing Procedures and General
2  Order No. 45, I attest that concurrence in the filing of this document has been obtained from the
3  signatories listed above.

Dated:   June 8, 2011             FISH & RICHARDSON P.C.

By: /s/ Limin Zheng
    Limin Zheng