1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

12  ABAXIS, INC.,

13              Plaintiff-
                Counterdefendant,
14
15        v.

16  CEPHEID,

17              Defendant-
                Counterclaimant.
18
19
20
21
22
23
24
25
26
27
28

Case No. 5:10-cv-2840 LHK (HRL)

**STIPULATION AND [PROPOSED] ORDER PERMITTING PROJECTION AND RECORDING EQUIPMENT IN THE COURTROOM FOR THE PURPOSE OF PRESENTING AND CAPTURING THE TECHNOLOGY TUTORIAL PRESENTATIONS**

DATE: JUNE 15, 2011
TIME: 2:00 P.M.
COURTROOM: 4, 5TH FLOOR
JUDGE: HON. LUCY H. KOH

**STIPULATION**

WHEREAS, on June 15, 2011 at 2:00 p.m. the Court is scheduled to receive the presentation of the parties' technology tutorials.

WHEREAS, the Court instructed the parties during the October 27, 2010 hearing that the tutorials were to be captured so that they can be reviewed in chambers.

WHEREAS, the parties intend to use laptop computers and projectors to present their technology tutorials to the Court.

NOW, THEREFORE, the parties respectfully request that the Court issue an order permitting laptops, projection equipment, and recording equipment to be brought into the Courtroom in order to present and capture the tutorials per the Court's instruction.

**IT IS SO STIPULATED.**

Dated: June 8, 2011

COOLEY LLP

/s/Adam M. Pivovar
Ricardo Rodriguez (Bar No. 173003)
Adam M. Pivovar (Bar No. 246507)
Attorneys for Plaintiff and Counterdefendant
ABAXIS INC.

Dated: June 8, 2011

FISH & RICHARDSON PC

/s/ Steven Carlson
Steven Carlson (Bar No. 206451)
Limin Zheng (Bar No. 226875)
Attorneys for Defendant and Counterclaimant
CEPHEID

**FILER'S ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Adam M. Pivovar, attest that concurrence in the filing of this Stipulation and [Proposed] Order Permitting Projection and Recording Equipment in the Courtroom for the Purpose of Presenting and Capturing the Technology Tutorial Presentations has been obtained from each of the other signatories. Executed this 8th day of June, 2011, at Palo Alto, California.

/s/ Adam M. Pivovar
Adam M. Pivovar

# [~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED** that:

Computers, projection equipment, and recording equipment may be brought into Courtroom 4, 5th floor, of the Courthouse of the United States District Court for the Northern District of California, San Jose Division, on June 15, 2011 for the express purpose of presenting and capturing the technology tutorial presentations.

**IT IS SO ORDERED**.

Dated: June 10, 2011

_Lucy H. Koh_
HON. LUCY H. KOH
United States District Court Judge