1
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT
9                       NORTHERN DISTRICT OF CALIFORNIA
10                              (SAN JOSE DIVISION)
11
12

| ABAXIS, INC., | Case No. C 10-2840 LHK (HRL) |
|---|---|
| Plaintiff-Counterdefendant, | STIPULATION AND [~~PROPOSED~~] ORDER RE ENTRY OF EQUIPMENT INTO COURT PURSUANT TO GENERAL ORDER NO. 58 FOR THE CLAIM CONSTRUCTION HEARING |
| v. | |
| CEPHEID, | |
| Defendant-Counterclaimant. | Hearing Date:  June 21, 2011<br>Time: 1:30 pm<br>Courtroom:  4, 5th Floor<br>Judge:  Hon. Lucy H. Koh |

# STIPULATION

WHEREAS, on June 21, 2011 a Claim Construction Hearing is scheduled.

WHEREAS, parties intend to use projectors, related projection equipment, a document visualizer, and computer laptops during the Claim Construction Hearing.

NOW, THEREFORE, the parties respectfully request that the Court issue an order permitting projectors, related projection equipment, a document visualizer, and computer laptops to be brought into the Courtroom in order to make their arguments to the Court.

**IT IS SO STIPULATED**.

Dated: June 16, 2011                                            Dated: June 16, 2011

COOLEY LLP                                                      FISH & RICHARDSON PC

*/s/ Adam M. Pivovar*                                           */s/ Steven C. Carlson*
Ricardo Rodriguez (Bar No. 173003)                              Steven Carlson (Bar No. 206451)
Adam M. Pivovar (Bar No. 246507)                                Limin Zheng (Bar No. 226875)
Attorneys for Plaintiff and Counterdefendant                    Attorneys for Defendant and Counterclaimant
ABAXIS INC.                                                     CEPHEID

### FILER'S ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Steven C. Carlson, attest that concurrence in the filing of this Stipulation and [Proposed] Order Re Entry of Equipment Into Court Pursuant to General Order No. 58 For The Claim Construction Hearing has been obtained from each of the other signatories. Executed this 16th day of June, 2011, at Redwood City, California.

*/s/ Steven C. Carlson*
Steven C. Carlson

**IT IS HEREBY ORDERED** that:

Projectors, related projection equipment, a document visualizer, and computer laptops may be brought into Courtroom 4, 5th floor, of the Courthouse of the United States District Court for the Northern District of California, San Jose Division, on June 21, 2011 for the express purpose of presenting the parties' presentations for the Claim Construction Hearing.

**IT IS SO ORDERED.**

Dated: _____June 17_____, 2011          _____/s/ Lucy H. Koh_____
                                              Lucy H. Koh
                                              United States District Judge