UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court: 1h57m

**JUDGE LUCY H. KOH**

CRT REPRTR: LEO MANKIEWICZ  
COURTROOM DEPUTY: MARTHA PARKER BROWN  
DATE: 6/21/11  
CASE #: C 10-02840 LHK

CASE TITLE: ABAXIS, INC.   VS.   CEPHEID

**Appearances for Plaintiff(s)**

ADAM PIVOVAR

RICARDO RODRIGUEZ

**Appearances for Defendant(s)**

STEVEN CARLSON

REBECCA L. SHULT

**TODAY'S PROCEEDINGS**

{ X } CLAIMS CONSTRUCTION HEARING   { } PRE-TRIAL CONF.   { } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | |
|---|---|---|---|
| { } | { } | { } | 1. |
| { } | { } | { } | 2. |
| { } | { } | { } | 3. |
| { } | { } | { } | 4. |

***DISPOSITION of TODAY'S PROCEEDINGS***

**[ ] SETTLED      [ ] NOT SETTLED   [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[ ] GRANTED        [ ] DENIED        [ ] SUBMITTED        [ ] DENIED/GRANTED in part

***[ ] BRIEFS TO BE FILED AS FOLLOWS:***

{ } Cont'd to _____ @ _____ For _____

**ORDER TO BE PREPARED BY:**        [ ] PLTF;        [ ] DEFT;        [ ] COURT  
Additional Comments: CLAIMS CONSTRUCTION IS HEARD AND TAKEN UNDER SUBMISSION.