1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ABAXIS, INC., | Case No. C 10-2840 LHK (HRL) |
|---|---|
| Plaintiff-Counterdefendant, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR ABAXIS TO RESPOND TO CEPHEID'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |
| v. | |
| CEPHEID, | |
| Defendant-Counterclaimant. | |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12 Plaintiff-Counterdefendant Abaxis Inc. ("Abaxis") and Defendant-Counterclaimant Cepheid ("Cepheid") respectfully submit the following Stipulation and Proposed Order:.

WHEREAS, Cepheid filed its Motion for Partial Summary Judgment of the Expiration Date of U.S. Patent No. 5,652,597 on August 23, 2011 (Dkt. No. 85);

WHEREAS, the local rules provide for only two weeks for an opposition to a motion, even a summary judgment motion;

WHEREAS, extending the time for Abaxis to respond will not alter any other event or deadline already fixed by Court order; and

WHEREAS, no prior extensions have been sought or obtained;

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1.      The time for Abaxis to respond to Cepheid's Motion for Partial Summary Judgment of U.S. Patent No. 5,652,597 shall be extended from September 7, 2011 to September 21, 2011.

2.      The time for Cepheid to reply shall be extended from September 14, 2011 to October 5, 2011.

1    **IT IS SO STIPULATED.**

2

3    Dated: <u>August 31, 2011</u>          Dated: <u>August 31, 2011</u>

4

5    COOLEY LLP                            FISH & RICHARDSON PC

6    <u>/s/Adam M. Pivovar</u>            <u>/s/ Steven Carlson</u>

7    Ricardo Rodriguez (Bar No. 173003)   Steven Carlson (Bar No. 206451)
     Adam M. Pivovar (Bar No. 246507)     Limin Zheng (Bar No. 226875)

8    Attorneys for Plaintiff and Counterdefendant   Attorneys for Defendant and Counterclaimant
     ABAXIS INC.                          CEPHEID

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

969217 v1/HN                      2.            STIP. AND [PROPOSED] ORDER EXTENDING TIME
                                                 FOR ABAXIS TO RESPOND TO CEPHEID'S MTN.
                                                   CASE NO. CV 10-2840 LHK (HRL)

1

## **FILER'S ATTESTATION PURSUANT TO GENERAL ORDER 45**

2      I, Adam M. Pivovar, attest that concurrence in the filing of this Stipulation and [Proposed]

3   Order Continuing Hearing and Case Management Conference has been obtained from each of the

4   other signatories.  Executed this 31st day of August, 2011, at Palo Alto, California.

5

6

7                                    */s/ Adam M. Pivovar*

8                                    Adam M. Pivovar

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

969217 v1/HN

3.

STIP. AND [PROPOSED] ORDER EXTENDING TIME
FOR ABAXIS TO RESPOND TO CEPHEID'S MTN.
CASE NO. CV 10-2840 LHK (HRL)

1

**[~~PROPOSED~~] ORDER**

2

Pursuant to the stipulation of the parties and good cause appearing therefore;

3

     **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

4

5

Dated: _September 6, 2011_

6

7

8

Honorable Lucy H. Koh
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Cooley LLP
Attorneys At Law
Palo Alto

969217 v1/HN

4.

Stip. and [~~Proposed~~] Order Extending Time
for Abaxis to Respond to Cepheid's Mtn.
Case No. CV 10-2840 LHK (HRL)