UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABAXIS, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>CEPHEID,<br><br>            Defendant. | Case No.: 10-CV-02840-LHK<br><br>ORDER CONSOLIDATED HEARING DATES |

On November 4, 2011, the parties requested to consolidate their case management conference date and hearing dates for November 30, 2011.  The hearing on the motion for partial summary judgment, ECF No. 85, and the hearing on the motion for leave to file amended answer to counterclaim, ECF No. 97, will be held in conjunction with the case management conference on November 30, 2011, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: November 4, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-02840-LHK
ORDER CONSOLIDATED HEARING DATES