1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| ABAXIS, INC.,<br><br>                    Plaintiff and Counter-Defendant,<br><br>          v.<br><br>CEPHEID,<br><br>                    Defendant and Counter-Claimant. | Civil Case No. 10-2840 LHK (HRL)<br><br>**[PROPOSED] ORDER GRANTING CEPHEID'S UNOPPOSED MOTION FOR LEAVE TO AMEND ITS INVALIDITY CONTENTIONS** |

THIS MATTER comes before the Court on Defendant and Counter-Claimant Cepheid's Motion for Leave to Amend its Invalidity Contentions.  The Court hereby GRANTS Cepheid's motion for leave to amend its invalidity contentions.

IT IS SO ORDERED.

DATED:  January 30, 2012
          _____

_____
The Hon. Lucy H. Koh
United States District Court