UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABAXIS, INC., <br><br> Plaintiff, <br> v. <br> CEPHEID, <br><br> Defendant. | Case No.: 10-CV-02840-LHK <br><br> ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

Plaintiff-Counterdefendant Abaxis, Inc. ("Abaxis") filed an Administration Motion to File Under Seal the parties' Supplemental Joint Case Management Conference Statement. *See* ECF No. 121. However, the Court finds that Abaxis failed to comply with Civil Local Rule 79-5, which requires that a request to file documents under seal be "narrowly tailored to seek sealing only of sealable material." Civ. L. R. 79-5(a). Abaxis's Proposed Order seeks to file under seal the entire Supplemental Joint Case Management Conference Statement. *See* ECF No. 121-2. Even a request to seal Section II.A of the Supplemental Joint Case Management Conference Statement is overly broad. *See* Decl. of Ricardo Rodriguez in Supp. of Admin. Mot. to File Under Seal. Abaxis may redact only those portions of Section II.A that contain sealable information.

Furthermore, Abaxis has failed to "publicly e-file, as an exhibit to the administrative motion to file under seal, a proposed public redacted version of the documents that the party is seeking to

1

file under seal," as required pursuant to the Court's December 1, 2011 Civil Standing Order Regarding Motions to File Under Seal.  *See also* Gen. Order No. 62.

For the foregoing reasons, Abaxis's Administrative Motion to File Under Seal is DENIED without prejudice.  Abaxis is hereby ORDERED to comply with the Court's December 1, 2011 Civil Standing Order Regarding Motions to File Under Seal, General Order No. 62, and Civil Local Rule 79-5 by Monday, February 27, 2012, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: February 24, 2012

_____
LUCY H. KOH
United States District Judge

2

Case No.: 10-CV-02840-LHK
ORDER DENYING ADMINISTRATIVE MOTION TO FILE UNDER SEAL