**\*E-FILED:  March 19, 2012\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABAXIS, INC., | No. C10-02840 LHK (HRL) |
| Plaintiff, | **ORDER RE DISCOVERY DISPUTE JOINT REPORT #2** |
| v. | |
| CEPHEID, | [Re:  Docket No. 113] |
| Defendant. | |

Defendant having requested that the matter be withdrawn from consideration, the parties' Discovery Dispute Joint Report #2 is denied as moot.

SO ORDERED.

Dated: March 19, 2012

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:10-cv-02840-LHK Notice has been electronically mailed to:

Bryan John Boyle     bryan.boyle@cooley.com, mweiand@cooley.com

Carolyn Chang     cchang@fenwick.com, vschmitt@fenwick.com

David James Miclean     DMiclean@MicleanLaw.com, dmiclean@micleangleason.com, gvieyra@micleangleason.com

Jonathan Elliot Singer     singer@fr.com, skarboe@fr.com

Lam Khanh Nguyen     lnguyen@cooley.com, tberryhill@cooley.com

Limin Zheng     zheng@fr.com, horsley@fr.com

Lynn Harold Pasahow     lpasahow@fenwick.com, tchow@fenwick.com

Rebecca Charnas Grant     rgrant@fr.com, varelas@fr.com

Ricardo Rodriguez     rodriguezr@cooley.com, douglasjar@cooley.com, elliottds@cooley.com, tanisawakm@cooley.com

Ryan Aftel Tyz     rtyz@fenwick.com, icampos@fenwick.com

Steven C. Carlson     scarlson@fr.com, lopacinski@fr.com, philip.wu@fr.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.