COOLEY LLP
RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
BRYAN J. BOYLE (No. 253725) (bryan.boyle@cooley.com)
LAM K. NGUYEN (No. 265285) (lnguyen@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Tel:  (650) 843-5000
Fax:  (650) 857-0663

Attorneys for Plaintiff-Counterdefendant
ABAXIS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABAXIS, INC.,<br><br>　　　　　Plaintiff-Counterdefendant,<br><br>　　v.<br><br>CEPHEID,<br><br>　　　　　Defendant-Counterclaimant. | Case No.  C 10-2840 LHK (HRL)<br><br>**STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER MODIFYING SCHEDULE FOR EXPERT REPORTS**<br><br>**DEMAND FOR JURY TRIAL** |

　　　Pursuant to Civil Local Rules 6-1, 6-2, and 7-12 Plaintiff-Counterdefendant Abaxis, Inc. ("Abaxis") and Defendant-Counterclaimant Cepheid ("Cepheid") respectfully submit the following Stipulation and Proposed Order.

　　　WHEREAS, the parties have agreed to forgo filing reply expert reports which were previously scheduled in this case, with the limited exception of Cepheid's ability to address any secondary considerations of non-obviousness;

　　　WHEREAS, the parties desire additional time to prepare rebuttal expert reports, which can be accommodated by the elimination of reply reports;

　　　WHEREAS, the previous time modifications in this case include the Stipulation and Order Extending (1) Cepheid's Time to File Its Answer and Amended Counterclaims to Amended

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
MODIFYING SCHEDULE FOR EXPERT REPORTS
CASE NO. C 10-2840 LHK (HRL)

1  Complaint, and (2) Abaxis' Time to File Its Response to Counterclaims (Dkt No. 28), the
2  Stipulation and Order Modifying Case Schedule (Dkt. No. 31); the Stipulation and Order
3  Continuing Hearing and Case Management Conference (Dkt. No. 38); the Minute Order and Case
4  Management Order (Dkt. No. 44); the Stipulation and Order Extending Deadlines for Mediation
5  and Joint Case Management Statement (Dkt. No. 65); the Order Regarding Case Schedule and
6  Briefing of Motion to Dismiss (Dkt. No. 67); the Minute Order and Case Management Order
7  (Dkt. No. 84); the Stipulation and Order Extending Time for Abaxis to Respond to Cepheid's
8  Motion for Partial Summary Judgment (Dkt. No. 90); the Minute and Order and Case
9  Management Order (Dkt. No. 110); the Minute Order and Case Management Order (Dkt. No.
10 133); and the Order re Expediting Briefing Schedule (Dkt. No. 145);

11     WHEREAS this stipulation modifying schedule for expert reports will minimize any
12 potential disruption to the case schedule governing expert discovery;

13     NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

14     The parties agree to forgo reply expert reports, with the exception of Cepheid's ability to
15 respond on secondary considerations of non-obviousness, which reply shall be due on April 17;

16     The deadline for the parties' technical experts' rebuttal reports is moved from April 4 to
17 April 13;[1]

18     The deadline for Cepheid's damages expert's rebuttal report is moved from April 4 to
19 April 20.

20     //
21     //
22     //
23     //
24     //

---

[1] **Cepheid's Statement**: On March 1, 2012, Abaxis filed a motion for leave to amend its infringement contentions, which remains under submission. Cepheid expressly reserves the right to seek leave of Court to supplement its expert disclosures to address Abaxis' amendments should the Court grant Abaxis' motion.

**Abaxis' Statement**: As per the briefing on this issue, Abaxis does not agree that Cepheid's reservation of rights is appropriate.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION AND [PROPOSED] ORDER
MODIFYING SCHEDULE FOR EXPERT REPORTS
CASE NO. C 10-2840 LHK (HRL)

**IT IS SO STIPULATED.**

Dated: April 4, 2012

COOLEY LLP

*/s/ Ricardo Rodriguez*
Ricardo Rodriguez (Bar. No. 173003)
Bryan Boyle (Bar No. 253725)
Attorneys for Plaintiff and
Counterdefendant
ABAXIS INC.

Dated: April 4, 2012

FISH & RICHARDSON PC

*/s/ Steven Carlson*
Steven Carlson (Bar No. 206451)
Limin Zheng (Bar No. 226875)
Attorneys for Defendant and
Counterclaimaint
CEPHEID

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

STIPULATION AND [PROPOSED] ORDER
MODIFYING SCHEDULE FOR EXPERT REPORTS
CASE NO. C 10-2840 LHK (HRL)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABAXIS, INC., | Case No. C 10-2840 LHK (HRL) |
| Plaintiff-Counterdefendant, | [~~Proposed~~] Order Modifying Schedule for Expert Reports |
| v. | |
| CEPHEID, | DEMAND FOR JURY TRIAL |
| Defendant-Counterclaimant. | |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _April 10_, 2012

*/s/ Lucy H. Koh*
HON. LUCY H. KOH
United States District Judge