Juanita R. Brooks
(CA # 75934 / brooks@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099

Steven C. Carlson (CA # 206451 /
steven.carlson@fr.com)
Limin Zheng (CA # 226875 / zheng@fr.com)
Rebecca Charnas Grant (CA #264214 /
rgrant@fr.com)
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant and Counterclaimant
CEPHEID

Ricardo Rodriguez
(CA # 173003 / rr@cooley.com)
Bryan J. Boyle (CA # 253725 /
bryan.boyle@cooley.com)
Lam K. Nguyen
(CA #265285 / lnguyen@cooley.com)
COOLEY LLP
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

Attorneys for Plaintiff and Counterdefendant
ABAXIS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| ABAXIS, INC.,<br><br>　　　　Plaintiff and Counter-Defendant,<br><br>　　v.<br><br>CEPHEID,<br><br>　　　　Defendant and Counter-Claimant. | Civil Case No. 10-2840 LHK (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULE FOR EXPERT DEPOSITION** |

　　　　Pursuant to Civil Local Rules 6-1 and 6-2, Plaintiff-Counterdefendant Abaxis Inc. ("Abaxis") and Defendant-Counterclaimant Cepheid ("Cepheid") respectfully submit the following Stipulation and Proposed Order.

　　　　In order to accommodate the schedule of Cepheid's damages expert, the parties in the above-captioned matter hereby stipulate to extend the deadline to depose this expert from May 4, 2012 to May 29, 2012.  All other dates in this case shall be unaffected.

Pursuant to Civil Local Rule 6-2, the previous time modifications in this case include the Stipulation and Order Extending (1) Cepheid's Time to File Its Answer and Amended Counterclaims to Amended Complaint, and (2) Abaxis' Time to File Its Response to Counterclaims (Dkt No. 28), the Stipulation and Order Modifying Case Schedule (Dkt. No. 31); the Stipulation and Order Continuing Hearing and Case Management Conference (Dkt. No. 38); the Minute Order and Case Management Order (Dkt. No. 44); the Stipulation and Order Extending Deadlines for Mediation and Joint Case Management Statement (Dkt. No. 65); the Order Regarding Case Schedule and Briefing of Motion to Dismiss (Dkt. No. 67); the Minute Order and Case Management Order (Dkt. No. 84); the Stipulation and Order Extending Time for Abaxis to Respond to Cepheid's Motion for Partial Summary Judgment (Dkt. No. 90); the Minute and Order and Case Management Order (Dkt. No. 110); the Minute Order and Case Management Order (Dkt. No. 133); the Order re Expediting Briefing Schedule (Dkt. No. 145); and the Order Modifying Schedule for Expert Reports (Dkt. No. 162).

**IT IS SO STIPULATED.**

Dated: April 27, 2012

COOLEY LLP

/s/ Ricardo Rodriguez
Ricardo Rodriguez (Bar No. 173003)
Bryan Boyle (Bar No. 253725)
Attorneys for Plaintiff and Counterdefendant
ABAXIS INC.

Dated: April 27, 2012

FISH & RICHARDSON PC

/s/ Steven C. Carlson
Steven C. Carlson (Bar No. 206451)
Limin Zheng (Bar No. 226875)
Attorneys for Defendant and Counterclaimant
CEPHEID

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing therefore;

**IT IS SO ORDERED**.

Dated: __April 30__, 2012

*Lucy H. Koh*
Lucy H. Koh
United States District Judge