COOLEY LLP
RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)
BRYAN J. BOYLE (No. 253725) (bryan.boyle@cooley.com)
LAM K. NGUYEN (No. 265285) (lnguyen@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Tel: (650) 843-5000
Fax: (650) 857-0663

Attorneys for Plaintiff-Counterdefendant
ABAXIS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABAXIS, INC., <br><br> Plaintiff-Counterdefendant, <br><br> v. <br><br> CEPHEID, <br><br> Defendant-Counterclaimant. | Case No. C 10-2840 LHK (HRL) <br><br> **ABAXIS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> **DEMAND FOR JURY TRIAL** |

Pursuant to Civil Local Rule 79-5, General Order No. 62, and the Court's Civil Standing Order Regarding Motions to File Under Seal, Plaintiff and Counterdefendant Abaxis, Inc. ("Abaxis") hereby moves the Court for permission to file under seal: Abaxis' Opposition to Cepheid's Motion for Partial Summary Judgment re Invalidity of the '563 and '684 Patents Under 35 U.S.C. § 102(b) ("Opposition") and Exhibits 2, 8-14, 16-17 to the Declaration of Ricardo Rodriguez in Support of Abaxis' Opposition to Cepheid's Motion for Partial Summary Judgment re Invalidity of the '563 and '684 Patents Under 35 U.S.C. § 102(b) ("Exhibits").

The Opposition contains information that Abaxis has designated as "Confidential" or "Highly-Confidential-Attorneys' Eyes Only" under the February 13, 2012 Stipulated Amended

Protective Order in this case (Docket No. 118) (the "Protective Order").  (*See* Declaration of Ricardo Rodriguez in Support of Abaxis' Administrative Motion to File Under Seal ("Rodriguez Admin. Decl.".)

Abaxis' Opposition relies on or references material that Abaxis has designated as "Confidential" or "Highly Confidential—Attorneys' Eyes Only" under the Protective Order.  Pursuant to Local Civil Rule 79-5(d) and Section 10 of the Amended Protective Order, Abaxis has manually lodged with the Court and served on Cepheid a copy of the Opposition with the sealable information identified by appropriate annotation.  Reasonable care has been taken to only designate the minimum amount of information as sealable pursuant to Civil Local Rule 79-5.

Exhibits 2, 10-14, 16-17 are documents that Abaxis' has designated as "Confidential" or "Highly-Confidential-Attorneys' Eyes Only" under the Protective Order in this case.  (*See* Rodriguez Admin. Decl.)  Exhibits 8-9 are documents that a third party has designated as "Highly-Confidential-Attorneys' Eyes Only" under the Protective Order in this case.  (*See id.*)  Pursuant to Civil Local Rule 79-5(d), Abaxis has manually lodged with the Court copies of Exhibits 2, 8-14, 16-17.

Pursuant to Gen. Order No. 62 and this Court's Civil Standing Order Regarding Motions to File Under Seal, Abaxis has publicly e-filed as Exhibit A hereto, a proposed redacted version of the Opposition that Abaxis is seeking to file under seal.  Attached as Exhibit B are the coversheets for Exhibits 2, 8-14, 16-17 as Abaxis is requesting these documents be filed under seal in their entirety.

For the reasons set forth herein, Abaxis respectfully moves for an order sealing: Abaxis' Opposition to Cepheid's Motion for Partial Summary Judgment re Invalidity of the '563 and '684 Patents Under 35 U.S.C. § 102(b) ("Opposition") and Exhibits 2, 8-14, 16-17 to the Declaration of Ricardo Rodriguez in Support of Abaxis' Opposition to Cepheid's Motion for Partial Summary Judgment re Invalidity of the '563 and '684 Patents Under 35 U.S.C. § 102(b).

Dated: May 31, 2012      COOLEY LLP

By: */s/ Ricardo Rodriguez*
    Ricardo Rodriguez

Attorneys for Plaintiff-Counterdefendant
Abaxis, Inc.

1034340/HN