| | |
|---|---|
| 1 | COOLEY LLP |
| 2 | RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com)<br>BRYAN J. BOYLE (No. 253725) (bryan.boyle@cooley.com) |
| 3 | LAM K. NGUYEN (No. 265285) (lnguyen@cooley.com)<br>Five Palo Alto Square |
| 4 | 3000 El Camino Real<br>Palo Alto, CA  94306-2155 |
| 5 | Tel:    (650) 843-5000<br>Fax:   (650) 857-0663 |

Attorneys for Plaintiff-Counterdefendant
ABAXIS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABAXIS, INC.,<br><br>　　　　Plaintiff-Counterdefendant,<br><br>　　v.<br><br>CEPHEID,<br><br>　　　　Defendant-Counterclaimant. | Case No.  C 10-2840 LHK (HRL)<br><br>**ABAXIS' OBJECTIONS TO NEW EVIDENCE IN CEPHEID'S REPLY I/S/O ITS MOTION FOR PARTIAL SUMMARY JUDGMENT RE INVALIDITY OF THE '563 AND '684 PATENTS UNDER 35 U.S.C. § 102(B)**<br><br>HEARING DATE: JUNE 28, 2012<br>TIME: 1:30 P.M.<br>COURTROOM: 8, 4th Floor<br>JUDGE: HON. LUCY H. KOH |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1038462/HN

ABAXIS' OBJS. TO NEW EVIDENCE IN
CEPHEID'S REPLY ISO PARTIAL MSJ
CASE NO. C 10-2840 LHK (HRL)

## I. OBJECTIONS TO NEW EVIDENCE ON REPLY

Pursuant to Civil L.R. 7-3(d)(1) Abaxis hereby objects to the following evidence introduced by Cepheid for the first time in its Reply in Support of Its Motion for Partial Summary Judgment re Invalidity of the '563 and '684 Patents under 35 U.S.C. § 102(b):

- Additional excerpts from the deposition transcript of Gary Stroy - Exhibit EE to the Declaration of Steven C. Carlson in Support of Cepheid's Reply in Support of its Motion for Partial Summary Judgment Re Invalidity of the '563 and '684 Patents Under 35 U.S.C. § 102(b); and

- Excerpts from the deposition transcript of John F. Carpenter, Ph.D. - Exhibit FF to the Declaration of Steven C. Carlson in Support of Cepheid's Reply in Support of its Motion for Partial Summary Judgment Re Invalidity of the '563 and '684 Patents Under 35 U.S.C. § 102(b).

Civil L.R. 7-3(d)(1). *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996) ("[W]here new evidence is presented in a reply to a motion for summary judgment, the district court should not consider the new evidence without giving the [non-]movant an opportunity to respond." (internal quotations and citation omitted)). *See also Pacquiao v. Mayweather*, 2:09-cv-2448-LRH-RJJ, 2010 WL 3271961, at *1 (D. Nev. Aug. 13, 2010) (granting motion to strike exhibits to reply brief where "defendants [did] not establish[] that the evidence could have only been provided in response to [plaintiff's] opposition"); *Nautilus Grp., Inc. v. Icon Health & Fitness, Inc.*, 308 F. Supp. 2d 1208, 1214 (W.D. Wash. 2003) ("Defendant correctly moves to strike a declaration with new evidence submitted in reply. The declaration at issue contains new evidence on recorded phone conversations to which Defendant is not able to respond within the briefing schedule." (internal quotations and citation omitted)). Cepheid's citation to the Apple and Oster cases are inapplicable because (1) Abaxis has not introduced any new evidence, and (2) Cepheid was aware of the evidence of record that Abaxis did cite. *Oster v. Lightbourne*, No. C 09-4668 CW, 2012 WL 691833, at *10 (N.D. Cal. Mar. 2, 2012); *Apple, Inc. v. Samsung Elecs. Co.*, No. 11-CV-01846-LHK, 2011 WL 7036077, at *4 (N.D. Cal. Dec. 2, 2011).

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1038462/HN

1.

ABAXIS' OBJS. TO NEW EVIDENCE IN
CEPHEID'S REPLY ISO PARTIAL MSJ
CASE NO. C 10-2840 LHK (HRL)

For these same two reasons and pursuant to the case law in Section V of Abaxis' opposition (D.I. 180-1)[1], Abaxis objects to virtually all the arguments raised in Cepheid's reply brief, as they should have been addressed in Cepheid's opening brief.

In the alternative, Abaxis requests the right to respond through a responsive brief and at the hearing on June 28, 2012.

Dated: June 14, 2012              COOLEY LLP

                                  by:  /s/ Ricardo Rodriguez
                                         Ricardo Rodriguez

                                  Attorneys for Plaintiff-Counterdefendant
                                  Abaxis, Inc.

---

[1] The public version of Abaxis' Opposition to Cepheid's Motion for Partial Summary Judgment re Invalidity of the '563 and '684 Patents Under 35 U.S.C. § 102(b) is attached as Exhibit A to Abaxis' Administrative Motion to File Under Seal, D.I. 180. As of the filing of this Objections, the Court has not yet ruled on either parties' administrative motions to seal their respective briefs, declarations and exhibits on this issue and thus citations to these documents are to the versions lodged with the Court.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1038462/HN                          2.                    ABAXIS' OBJS. TO CEPHEID'S REPLY ISO
                                                          PARTIAL MTN. FOR SUMMARY JUDGMENT
                                                          CASE NO. C 10-2840 LHK (HRL)