# Fish & Richardson p.c.

500 Arguello Street
Suite 500
Redwood City, California
94063-1526

Telephone
650 839-5070

Facsimile
650 839-5071

Web Site
www.fr.com

**Steven C. Carlson**
Carlson@fr.com

Direct Dial
(650) 839-5197

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951



ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
HOUSTON
MUNICH
NEW YORK
SILICON VALLEY
SOUTHERN CALIFORNIA
TWIN CITIES
WASHINGTON, DC

BY ELECTRONIC FILING

June 20, 2012

The Honorable Lucy H. Koh
U.S. District Court for the
Northern District of California
280 South First Street, Room 2112
San Jose, CA  95113

Re:   Abaxis, Inc. v. Cepheid
      Case No. C 10-2840 LHK (HRL)

Dear Judge Koh:

I write regarding the hearing date before Your Honor that was recently moved from June 28, 2012 to July 12, 2012.  This hearing addresses Cepheid's motion for partial summary judgment of invalidity, Abaxis' motion to exclude expert testimony, as well as an omnibus case management conference.

I expected to argue for Cepheid together with my partner Jonathan Singer who will be leading this case at trial (along with co-lead counsel Juanita Brooks).  Due to a serious family health situation out of state, I am likely to be unavailable on July 12.  In addition, the new hearing date presents a conflict for Mr. Singer with another court hearing in the Middle District of North Carolina, before Judge Eagles, also set for July 12, 2012, that he is slated to argue, in a consolidated matter captioned as *Allergan, Inc., et al v. Apotex, Inc., et al*, CV No. 1:10-681 (Lead).  Because that case involves four parties and three consolidated cases, we do not believe that hearing can be readily re-scheduled.  Furthermore, Ms. Brooks will be out of the country on July 12.

Accordingly, Cepheid respectfully requests that the Court reschedule the hearing to the next available date on Your Honor's calendar.

I apologize for this conflict and ask the Court's forbearance in this regard.

Very truly yours,

/s/ Steven C. Carlson

Steven C. Carlson

SCC/cdh

50852872.doc