UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ABAXIS, INC., | ) | Case No.: 10-cv-2840-LHK |
| Plaintiff, | ) | |
| v. | ) | ORDER RESCHEDULING MOTION HEARING AND CASE MANAGEMENT CONFERENCE |
| CEPHEID, | ) | |
| Defendant. | ) | |

Defendant's Motion for Partial Summary Judgment, Plaintiff's Motion to Exclude Expert Testimony, and the Case Management Conference currently set for hearing on Thursday, July 12, 2012 at 1:30 p.m. are continued to Thursday, July 19, 2012 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: June 28, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge