| | | |
|---|---|---|
| 1 | Juanita R. Brooks<br>(CA # 75934 / brooks@fr.com) | Ricardo Rodriguez<br>(CA # 173003 / rr@cooley.com) |
| 2 | FISH & RICHARDSON P.C.<br>12390 El Camino Real | Bryan J. Boyle (CA # 253725 /<br>bryan.boyle@cooley.com) |
| 3 | San Diego, CA 92130<br>Telephone: (858) 678-5070 | Lam K. Nguyen<br>(CA #265285 / lnguyen@cooley.com) |
| 4 | Facsimile: (858) 678-5099 | COOLEY LLP<br>Five Palo Alto Square |
| 5 | Steven C. Carlson (CA # 206451 /<br>steven.carlson@fr.com) | 3000 El Camino Real<br>Palo Alto, CA 94306-2155 |
| 6 | Limin Zheng (CA # 226875 / zheng@fr.com)<br>Rebecca Charnas Grant (CA #264214 / | Telephone: (650) 843-5000<br>Facsimile: (650) 857-0663 |
| 7 | rgrant@fr.com)<br>FISH & RICHARDSON P.C. | Attorneys for Plaintiff and Counterdefendant |
| 8 | 500 Arguello Street, Suite 500<br>Redwood City, CA 94063 | ABAXIS, INC. |
| 9 | Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071 | |

Attorneys for Defendant and Counterclaimant
CEPHEID

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| ABAXIS, INC.,<br><br>    Plaintiff-Counterdefendant,<br><br>    v.<br><br>CEPHEID,<br><br>    Defendant-Counterclaimant. | Case No. C 10-2840 LHK (HRL)<br><br>**STIPULATION AND [PROPOSED] ORDER RE ENTRY OF EQUIPMENT INTO COURT PURSUANT TO GENERAL ORDER NO. 58 FOR THE SUMMARY JUDGMENT MOTION HEARING**<br><br>Hearing Date: July 19, 2012<br>Time: 1:30 pm<br>Courtroom: 4, 5th Floor<br>Judge: Hon. Lucy H. Koh |

WHEREAS, on July 19, 2012 a Summary Judgment Motion Hearing is scheduled.

WHEREAS, parties intend to use projectors, related projection equipment, and computer laptops during the Summary Judgment Motion Hearing.

NOW, THEREFORE, the parties respectfully request that the Court issue an order

permitting projectors, related projection equipment, and computer laptops to be brought into the Courtroom in order to make their arguments to the Court.

**IT IS SO STIPULATED**.

Dated:  July 17, 2012

COOLEY LLP

*/s/ Bryan J. Boyle*
Bryan J. Boyle
Attorneys for Plaintiff and Counterdefendant
ABAXIS INC.

Dated:  July 17, 2012

FISH & RICHARDSON PC

*/s/ Rebecca Charnas Grant*
Rebecca Charnas Grant
Attorneys for Defendant and Counterclaimant
CEPHEID

**FILER'S ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Rebecca Charnas Grant, attest that concurrence in the filing of this Stipulation and [Proposed] Order Re Entry of Equipment Into Court Pursuant to General Order No. 58 for the Summary Judgment Motion Hearing has been obtained from the other signatory.   Executed this 17th day of July, 2012, at Redwood City, California.

*/s/ Rebecca Charnas Grant*
Rebecca Charnas Grant

**[PROPOSED] ORDER**

**IT IS HEREBY ORDERED** that:

Projectors, related projection equipment, and computer laptops may be brought into Courtroom 4, 5th floor, of the Courthouse of the United States District Court for the Northern District of California, San Jose Division, on July 19, 2012 for the express purpose of enabling the parties to make their presentations for the Summary Judgment Motion Hearing.

**IT IS SO ORDERED.**

Dated:_____, 2012      _____
                                                   Lucy H. Koh
                                                   United States District Judge