UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

ABAXIS, INC.,

    Plaintiff and Counter-Defendant,

v.

CEPHEID,

    Defendant and Counter-Claimant.

Civil Case No. 10-2840 LHK (HRL)

[PROPOSED] ORDER GRANTING APPLICATION OF JACQUELINE TIO FOR ADMISSION *PRO HAC VICE*

Jacqueline Tio, whose business address is Fish & Richardson P.C., 1180 Peachtree Street NE, 21st Floor, Atlanta, GA 30309 and whose telephone number is (404) 892-5005 and who is an active member in good standing of the bar of the State of Georgia having applied in the above entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing defendant and counter-claimant CEPHEID.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: August 22, 2012

*Lucy H. Koh*
The Hon. Lucy H. Koh
United States District Court Judge

1      [PROPOSED] ORDER GRANTING APPLICATION OF JACQUELINE TIO FOR ADMISSION PRO HAC VICE
Civil Case No. 10-2840 LHK (HRL)