UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABAXIS, INC., <br><br>                    Plaintiff, <br><br>     v. <br><br> CEPHEID, <br><br>                    Defendant. | Case No.: 10-cv-2840-LHK <br><br> ORDER RE: REPLIES TO MOTIONS *IN LIMINE* |

On August 20, 2012, the parties filed motions *in limine* set for hearing on August 29, 2012. *See* Dkt. Nos. 199, 219, and 221. Oppositions are due on August 22, 2012. *See id*. The parties have set the day of the hearing as the deadline for replies. *See* Dkt. Nos. 219 and 221. The Court's Standing Order does not provide for replies. *See* Standing Order at 4; Dkt. No. 199. Thus, the parties shall not file motion *in limine* replies.

**IT IS SO ORDERED.**

Dated: August 22, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge