1   [COUNSEL LISTED ON SIGNATURE PAGE]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABAXIS, INC.,<br><br>        Plaintiff-Counterdefendant,<br><br>v.<br><br>CEPHEID,<br><br>        Defendant-Counterclaimant. | Case No. C 10-2840 LHK (HRL)<br><br>**JOINT STIPULATED [PROPOSED]** ***VOIR DIRE*** **QUESTIONS**<br><br>DATE: AUGUST 29, 2012<br>TIME: 2:00 P.M.<br>PLACE: COURTROOM 8, 4TH FLOOR<br>JUDGE: HON. LUCY H. KOH<br><br>**DEMAND FOR JURY TRIAL** |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

Proposed Voir Dire Questions:

1. Have you, a family member, or a close friend ever worked for Abaxis, Cepheid, or a company you believe to have a connection with either Abaxis or Cepheid?

2. Have you, a family member, or a close friend ever owned stock in Abaxis, Cepheid, or a company you believe to have a connection with either Abaxis or Cepheid?

3. Do you, or any member of your household own any stock or have any financial interest in either of these companies?

4. Have you, a family member, or a close friend ever had any experience with the products of Abaxis or Cepheid or otherwise have any strong feelings, positive or negative, toward any of these companies or organizations? [follow up for specifics]

5. You have been given a list of the attorneys, law firms, and witnesses involved in this litigation (Exhibit 1). Do you know or are you familiar with any of these individuals? If so, please explain.

6. You have been given a list of companies and products (Exhibit 2). Are you familiar with any of these companies or products? If so, please explain.

7. Do you know anyone in the Courtroom?

8. What was your last level of education completed?

9. If you have attended college or post-graduate school or technical school, what was (is) your area of specialization in college, post-graduate, or technical school?

10. Have you ever been educated, employed, trained, or had any experience with scientific research and development or engineering? If yes, please explain in what capacity.

11. Do you work at a technology company? If yes, please explain the name of the company, what it does, and what your job involves.

12. Have you, a family member or anyone close to you, ever worked with medical testing or medical diagnostic equipment? If yes, please explain.

13. Have you ever worked in manufacturing? If yes, please explain.

14. Have you ever worked for a start up company? If yes, please explain.

15. Have you ever been involved in the development of a new product or process?

16. What is (was) your spouse's or significant other's occupation and by whom is (was) your spouse or significant other employed during the last 10 years?

17. Have you, a family member or anyone close to you worked for a government agency or served in the military? [follow up for specifics]

18. What is your major source of news and information (e.g., Internet, TV, radio, newspaper)?

19. Do you read technical or medical publications or magazines? If so, which ones?

20. Have you ever been involved with a license agreement, either personally or through your business? [follow up for specifics]

21. Have you ever been on a jury? If so, please explain whether it was a criminal or civil case, the outcome, and whether you were a foreperson.

22. Have you ever been involved in a lawsuit, as a plaintiff, defendant, or witness? If yes, please describe your involvement and what happened.

23. Do you have any knowledge about or experience with patents, the patent law, or the process of applying for a patent? If yes, please explain.

24. Have you ever worked for a company that had patented products or processes?

25. Do you have any opinions regarding the assertion of patents in litigation? If yes, please explain.

26. Have you ever negotiated a contract or been involved in a contract dispute? If yes, please explain.

27. Have you ever agreed to sign a confidentiality or non-disclosure agreement? If yes, please explain the context.

28. Have you heard anything about the dispute? If yes, please explain.

29. Do you know of anything I haven't asked that might affect your qualifications or ability to serve as a juror in this case or prevent you from rendering an impartial verdict based solely on the evidence and my instructions to you about the law?

30. Do you, or have you worked in the medical care field? If so, in what capacity?

31. Do you, or have you worked in the veterinary care field? If so, in what capacity?

**Exhibit 1**

**LAW FIRMS AND ATTORNEYS**

<u>Cooley LLP</u>

Ricardo Rodriguez

Adam M. Pivovar

Bryan J. Boyle

Lam K. Nguyen

Javier Torres

<u>Fish & Richardson P.C.</u>

Steven C. Carlson

Rebecca C. Grant

Limin Zheng

Jacqueline Tio

John M. Farrell

Jonathan E. Singer

Juanita Brooks

Rebecca Shult

Brian Doyle

<u>Fenwick & West LLP</u>

Carolyn Chang

Ryan A. Tyz

Lynn H. Pasahow

<u>Miclean Gleason LLP</u>

David James Miclean

<u>Kilpatrick Townsend & Stockton LLP f/k/a Townsend Townsend & Crew LLP</u>

<u>Law Offices of Perry R. Clark</u>

Perry R. Clark

| | |
|---|---|
| 1 | **WITNESSES** |
| 2 | Anthony Alvarado |
| 3 | Ken Aron |
| 4 | Stuart Michael Bauer |
| 5 | Bhaskar Bhayani |
| 6 | John Bishop |
| 7 | Robert Burrows |
| 8 | John Carpenter |
| 9 | Ron Chang |
| 10 | Bikash Chatterjee |
| 11 | Lee Christel |
| 12 | John Clark |
| 13 | Frank DiMaggio |
| 14 | Doug Dority |
| 15 | Drazen Fabris |
| 16 | Jay Fitch |
| 17 | Thomas Gutshall |
| 18 | Branko Huc |
| 19 | Martin Jones |
| 20 | Richard Korsmeyer |
| 21 | Richard Leute |
| 22 | Mark Levy |
| 23 | William McMillan |
| 24 | Byung Sook Moon |
| 25 | Marty Mulroy |
| 26 | Michael Myhre |
| 27 | Robert Nieto |
| 28 | Vincent O'Brien |

| | |
|---|---|
| 1 | Vladimir Ostoich |
| 2 | Vincent Powers |
| 3 | Julie Purcell (Tholath) |
| 4 | Humberto Reyes |
| 5 | Brian Russell |
| 6 | Lily Sanchez |
| 7 | Al Santa Ines |
| 8 | Carol Schembri |
| 9 | Clint Severson |
| 10 | Christian Skieller |
| 11 | Joseph Smith |
| 12 | Gary H. Stroy |
| 13 | Thuy N. Tang |
| 14 | Mark Tanny |
| 15 | Terri Torke (Bogart) |
| 16 | Jackie Tso |
| 17 | Johnny Valdez |
| 18 | Christopher Vellturo |
| 19 | Kenneth Weber |
| 20 | Philip Michael Williams |
| 21 | Chi-Sou Yu |
| 22 | Lin Yuan |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**Exhibit 2**

Ivek

Zydis

Accuspheres

Pharmacia

Virtis

Becton-Dickinson

bioMerieux

Pfizer

Orally Disintegrating Tablets or Orodispersible Tablets

Cavro

Teramecs

Fluid Metering, Inc. (FMI)

Syva

Organon

Organon Teknika

Akzo Nobel

Dated: August 22, 2012

| COOLEY LLP | FISH & RICHARDSON P.C. |
|---|---|
| /s/ *Adam Pivovar* | /s/ *Limin Zheng* |
| RICARDO RODRIGUEZ (No. 173003) (rr@cooley.com) ADAM M. PIVOVAR (No. 246507) (apivovar@cooley.com) BRYAN J. BOYLE (No. 253725) (bryan.boyle@cooley.com) LAM K. NGUYEN (No. 265285) (lnguyen@cooley.com) JAVIER TORRES (No. 271538) (jtorres@cooley.com) Five Palo Alto Square 3000 El Camino Real Palo Alto, CA 94306-2155 Tel:   (650) 843-5000 Fax:   (650) 857-0663 Attorneys for Plaintiff and Counter-Defendants ABAXIS, INC. | JUANITA R. BROOKS (CA # 75934 / brooks@fr.com) 12390 El Camino Real San Diego, CA 92130 Telephone: (858) 678-5070 Facsimile: (858) 678-5099  JOHN M. FARRELL (CA # 99649 / farrell@fr.com) STEVEN C. CARLSON (CA # 206451 / steven.carlson@fr.com) LIMIN ZHENG (CA # 226875 / zheng@fr.com) 500 Arguello Street, Suite 500 Redwood City, CA 94063 Telephone: (650) 839-5070 Facsimile: (650) 839-5071  JONATHAN E. SINGER (CA #187908 / singer@fr.com) REBECCA L. SHULT (*pro hac vice* / shult@fr.com) 60 South Sixth Street, Suite 3300 Minneapolis, MN 55402 Telephone: (612) 335-5070 Facsimile: (612) 288-9696  Attorneys for Defendant and Counterclaimant CEPHEID |

### **FILER'S ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Adam Pivovar, attest that concurrence in the filing of these Joint Stipulated [Proposed] *Voir Dire* Questions has been obtained from each of the other signatories. Executed this 22nd day of August 2012, at Palo Alto, California.

*/s/ Adam Pivovar*
Adam Pivovar

1055179/HN