UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ABAXIS, INC., | ) | Case No.: 10-cv-2840-LHK |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER TO FILE RODRIGUEZ |
| | ) | DECLARATION IN SUPPORT OF |
| CEPHEID, | ) | ABAXIS'S MOTIONS *IN LIMINE* |
| | ) | |
| Defendant. | ) | |
| | ) | |

On August 20, 2012, Abaxis filed an administrative motion to file under seal its motions *in limine* and exhibits E and F of the supporting Rodriguez Declaration. *See* Dkt. No. 221. The Court received redacted and unredacted copies of Abaxis's motions *in limine* and exhibits E and F. However, Abaxis has not filed any portions of the supporting Rodriguez Declaration other than exhibits E and F. The Court ORDERS Abaxis to file the Rodriguez Declaration and the remaining exhibits by 10 a.m. on August 28, 2012.

**IT IS SO ORDERED.**

Dated: August 27, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 10-cv-2840-LHK
ORDER TO FILE RODRIGUEZ DECLARATION IN SUPPORT OF ABAXIS'S MOTIONS *IN LIMINE*