1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ABAXIS, INC., | ) | Case No.: 10-cv-2840-LHK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER RESCHEDULING PRETRIAL CONFERENCE |
| CEPHEID, | ) | |
| Defendant. | ) | |

The Pretrial Conference currently set for hearing on Thursday, August 30, 2012 at 1:30 p.m. is continued by one hour to Thursday, August 30, 2012 at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: August 30, 2012

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

1
Case No.: 10-cv-2840-LHK
ORDER RESCHEDULING PRETRIAL CONFERENCE