UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABAXIS, INC.,<br><br>             Plaintiff-<br>             Counterdefendant,<br><br>     v.<br><br>CEPHEID,<br><br>             Defendant-<br>             Counterclaimant. | Case No.  C 10-2840 LHK<br><br>[~~PROPOSED~~] ORDER REGARDING CEPHEID REAGENT BEADS FOR XPERT FLU ASSAY MADE USING THE BEADULATOR PROCESS AFTER THE CLOSE OF FACT DISCOVER Y<br><br><br>DEMAND FOR JURY TRIAL |

Pursuant to the stipulation of the parties and good cause appearing therefore;

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.


Dated: _9/10/2012_____

_Lucy H. Koh_____
Honorable Lucy H. Koh
United States District Judge

1059236 /HN

1.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO