UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABAXIS, INC., | Case No.: 10-CV-2840-LHK |
| Plaintiff, | |
| v. | ORDER TO FILE STATUS REPORT RE: MEDIATION |
| CEPHEID, | |
| Defendant. | |

During the August 30, 2012 pretrial conference, the parties expressed mutual interest in conducting further mediation. The Court ORDERS the parties to file a status report on mediation by September 14, 2012, at 10 a.m. stating: (1) whether the parties have attended any mediation sessions since the pretrial conference; (2) whether the parties anticipate further mediation sessions; (3) the dates of any scheduled mediation sessions; and (4) the results of the mediation sessions thus far.

**IT IS SO ORDERED.**

Dated: September 12, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-2840-LHK
ORDER TO FILE STATUS REPORT RE: MEDIATION