UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ABAXIS, INC., | ) | Case No.: 10-CV-2840-LHK |
| Plaintiff, | ) | |
| v. | ) | ORDER SCHEDULING ADDITIONAL TRIAL DAYS |
| CEPHEID, | ) | |
| Defendant. | ) | |

On September 5, 2012, the parties filed a joint motion for clarification of the trial schedule. *See* Dkt. No. 254. At the August 30, 2012, pretrial conference, the Court set trial to begin on September 24, 2012, with that afternoon taken up by jury selection. *See id.* The remaining trial days were set for September 25 and 28, and October 1, 2, and 5. *See id.* Assuming 5.5 hours of trial time per day, only 27.5 hours of trial time are scheduled. The Court set time limits of 45 minutes per side for opening, 15 hours per side for testimony, and 90 minutes per side for closing, for a total of 34.5 hours trial time. *See id.*; Dkt. No. 199. Accordingly, the parties' motion for clarification notes that an additional 7 hours of trial time are required. *See* Dkt. No. 254. Accordingly, the Court now sets two additional trial days: Tuesday, October 9, 2012, and Friday October 12, 2012.

**IT IS SO ORDERED.**

Dated: September 14, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-2840-LHK
ORDER SCHEDULING ADDITIONAL TRIAL DAYS