**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ABAXIS, INC., | ) Case No.: 10-CV-2840-LHK |
| Plaintiff, | ) |
| v. | ) ORDER RE: LIST OF TRIAL DATES, |
| | ) WITNESSES, LAWYERS, AND |
| CEPHEID, | ) PARTIES FOR POTENTIAL JURORS |
| Defendant. | ) |
| | ) |

The parties are ordered to prepare a form for potential jurors including the dates of trial and the parties' revised lists of: (1) witnesses; (2) attorneys and firms; and (3) parties, including other interested parties.  The form shall be single spaced with two columns per page.  The parties are ordered to deliver to chambers 35 copies printed on double-sided paper by 9:00 a.m., Monday, September 24, 2012.

**IT IS SO ORDERED.**

Dated: September 21, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge